IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02393-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 76.25.213.16,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on November 12, 2013 (ECF No. 16), it is

ORDERED that John Doe, Subscriber Assigned IP address 76.25.213.16, is **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated:  November 12, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge